United States District Court
for the District of New Jersey

| | |
|---|---|
| **PETER LAWRENCE, M.D.** : | |
| : | Civil No. 09-1163 |
| Plaintiff : | |
| : | Order of Reassignment |
| **ST. MARY'S HOSPITAL** : | |
| : | |
| Defendant : | |

It is on this 17th day of March 2009,

O R D E R E D that the entitled action is reassigned

from Judge Stanley R. Chesler to Judge Katharine S. Hayden.

S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court